**Abatement Order filed October 19, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00694-CV
_____

**JACOBS ENGINEERING GROUP INC. AND JACOB ENGINEERING, INC., Appellants**

**V.**

**MICHELLE I. ELSEY, INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF TIMOTHY D. ELSEY, DECEASED, AND AS EXECUTRIX OF THE ESTATE OF TIMOTHY D. ELSEY, DECEASED, Appellees**

---

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 15-CV-0453**

---

## ABATEMENT ORDER

On October 12, 2017, appellants notified this court that they have reached an agreement to settle the issues on appeal, and request that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until November 30, 2017. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.